United States District Court
Southern District of Texas
**ENTERED**
November 23, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:20−cr−00621 |
| | § | |
| Arael Doolittle | § | |

## ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby **ORDERED** to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. Furthermore, the Government is hereby notified of potential consequences of violating this order. Potential consequences include, but are not limited to, the imposition of sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt of Court.

It is so **ORDERED**.

**SIGNED** on November 23, 2020.

Sam S. Sheldon
United States Magistrate Judge