United States District Court
Southern District of Texas
**ENTERED**
November 23, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:20–cr–00621 |
| § | |
| Arael Doolittle § | |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Arraignment and Detention Hearing
November 25, 2020 at 10:00 AM
by video

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: November 23, 2020

Sam S. Sheldon
United States Magistrate Judge