UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 04, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| The United States of America, | § |
| Plaintiff, | § |
| versus | §    Criminal H-20-621 |
| Arael Doolittle (1), | § |
| Paschal Ngozi Eleanya (2), | § |
| Defendants. | § |

## Order Continuing Trial

This case is continued. The court finds that the ends of justice served by this delay outweigh the interests of the public and the defendants to a speedier trial.

1. Motions will be filed by May 24, 2021.
2. Responses will be filed by June 3, 2021.
3. Pretrial conference is reset to June 21, 2021, at 2:30 p.m.
4. Proposed voir dire and jury instructions will be filed by June 22, 2021.
5. Jury selection and trial are reset to June 29, 2021, at 9:00 a.m.

Signed on February 4, 2021, at Houston, Texas.

_____
Lynn N. Hughes   USDJ
United States District Judge