UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 02, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| The United States of America, § § Plaintiff, § § versus § § Arael Doolittle, § § Defendant. § | Criminal H-20-621 |

## Order Resetting Sentencing

On Arael Doolittle's motion:

1. By December 6, 2021, counsel will file objections or a statement to the presentence investigation report.

2. Sentencing is reset to January 31, 2022, at 1:30 p.m.

Signed on November 1, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge